UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re: :
 :
    Roger G. Doomes and LeeAnn Doomes :   Chapter 7
 :   Case No. 05-24437(ASH)
                       Debtor. :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER TO SHOW CAUSE

        On September 8, 2006 the Court signed an Order requiring J. Carp to (1) take all necessary steps to stop the garnishment placed upon Mr. Doomes' wages and (2) to deliver a certified bank check for all monies garnished since the commencement of the garnishment to Mr. Doomes by September 15, 2006. The Court received a letter from Mr. Doomes dated September 15, 2006 indicating, among other things, that the garnishment continues and that check had not yet been delivered. Accordingly, it is hereby

        **ORDERED** that Mr. J. Carp as the responsible party for "The Acquirer" show cause at a hearing on October 31, 2006 at 9:45 a.m. before the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, Courtroom No. 520 why Mr. Carp should not be sanctioned an additional $100.00 per day for failure to comply with this Court's Order dated September 8, 2006.

        **ORDERED** that the Clerk's Office serve notice of this Order by Tuesday, October 24, 2006.

Dated: White Plains, New York
       October 20, 2006

                                                        /s/ Adlai S. Hardin, Jr.
                                                              U.S.B.J.

To:

| | |
|---|---|
| Juliano's Steak House | Roger G. Doomes and LeeAnn Doomes |
| c/o The Acquirer | 439 Center Avenue |
| P.O. Box 204 | Apt. 1 |
| Spring Valley, NY 10977 | Mamaroneck, NY 10543 |
| | |
| Jeffrey L. Sapir, Esq. | Mr. J. Carp |
| As Chapter 7 Trustee | c/o The Acquirer |
| 399 Knollwood Road | P.O. Box 204 |
| Suite 102 | Spring Valley, NY 10977 |
| White Plains, NY 10603 | |

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004